UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERMAN AMERICAN CAPTIAL CORPORATION, Assignee of Branch Banking & Trust Company<br><br>   Appellee<br><br>v.<br><br>DEAN F. MOREHOUSE<br><br>   Appellant | )<br>)<br>)<br>)<br>)<br>)<br>) No. 13-7166<br>)<br>)<br>)<br>)<br>) |

### APPELLANT'S CERTIFICATE AS TO
### PARTIES, RULINGS AND RELATED CASES

Appellant Dean F. Morehouse, by counsel submits the following:

1. **Parties**: Plaintiffs: Branch Banking & Trust Company; German American Capital Corporation, successor in interest to Branch Banking & Trust Company. Defendant: Dean F. Morehouse

2. **Rulings Under Review**: Rulings of Magistrate Judge Deborah Robinson: Memorandum Opinion, February 14, 2013, Doc. 47; Judgment Doc. 46; Order September 19, 2013 (denying post trial motions).

3. **Related Cases**: This case has not been before this Court or any other Court on review. There are no related cases.

Respectfully submitted,     GOLDMAN & VAN BEEK, P.C.

Dated: November 25, 2013    By: _____
                  Neil D. Goldman, DC Bar # 943860
                  510 King Street, Suite 416
                  P.O. Box 1946
                  Alexandria, Virginia 22313
                  Email: ngoldman@ygvb.com
                  Voice: (703) 684-3260

Facsimile: (703) 548-4742
Counsel for Defendant Dean F. Morehouse

_____
John J. Brennan, III, DC Bar No. 939066
510 King Street, Suite 416
Alexandria, VA 22314
Email: jjbrennaniii@brennanlawdc.com
Voice: (703) 548-1620
Facsimile: (703) 548-4742
Co-counsel for Defendant Dean F. Morehouse

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of November, 2013, I served a copy of the foregoing Certificate as to Parties, Rulings and Related Cases by email and first class mail, postage prepaid to the following:

Thomas F. Murphy, Esq.
Robert E. Greenberg, Esq.
Friedlander Misler, PLLC
1101 17th Street, NW
Suite 700
Washington, D.C. 20036-4704

_____
John J. Brennan, III