**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** German American Capital Corporation et a

v.                                    **Case No:** 13-7166
Dean F. Morehouse

### ENTRY OF APPEARANCE

**Party Information**

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

(•) Appellant(s)/Petitioner(s)    ( ) Appellee(s)/Respondent(s)    ( ) Intervenor(s)    ( ) Amicus Curiae

Dean F. Morehouse

Names of Parties                          Names of Parties

**Counsel Information**

Lead Counsel: Neil D. Goldman, Esq.

Direct Phone: (703) 684-3260  Fax: (703) 548-4742  Email: ngoldman@goldmanvanbeek.com

2nd Counsel: John J. Brennan, III

Direct Phone: (703) 548-1620  Fax: (703) 548-4742  Email: jjbrennaniiilaw@gmail.com

3rd Counsel:

Direct Phone: (   )    -    Fax: (   )    -    Email:

Firm Name: For Mr. Goldman: Goldman & VanBeek PC

Firm Address: 510 King Street, Suite 416, Alexandria, VA 22314

Firm Phone: (703) 684-3260  Fax: (703) 548-4742  Email: ngoldman@goldmanvanbeek.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)